RECORDS v. TAPE CORP.

No. 39 PC.

Case below: 19 N.C. App. 207.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

RECORDS v. TAPE CORP.

No. 38 PC.

Case below: 19 N.C. App. 219.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

SCHAFRAN v. CLEANERS, INC.

No. 66 PC.

Case below: 19 N.C. App. 365.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. ALEXANDER

No. 120 PC.

Case below: 18 N.C. App. 460.

Second petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. BROWN

No. 99.

Case below: 19 N.C. App. 480.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 November 1973.